UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| YURY GRENADYOR, individually, and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SN SERVICING CORPORATION,<br><br>Defendant. | Case No. 1:21-cv-02980<br><br>The Honorable John F. Kness |

**DEFENDANT'S MOTION TO DISMISS**

Defendant SN Servicing Corporation ("SN"), by its counsel, moves to dismiss Plaintiff Yury Grenadyor's ("Plaintiff") Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and state as follows:

1. The claims alleged in Plaintiffs' Complaint (the "Claims") fail to state a valid cause of action, and thus should be dismissed pursuant to Rule 12(b)(6). *See* Fed. R. Civ. P. 12(b)(6).

2. SN contemporaneously filed its Memorandum in support of this Motion.

3. For all these reasons, including those discussed in more detail in SN's Memorandum in Support of this Motion, Plaintiffs' Claims should be dismissed.

WHEREFORE, Defendant SN request that this Court dismiss Plaintiff's Claims pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice and without leave to amend, and provide such further and additional relief as it deems just and appropriate.

Dated: July 29, 2021          Respectfully submitted,

**SN SERVICING CORPORATION,**

Ernest P. Wagner
MAURICE WUTSCHER LLP
105 W. Madison Street, Suite 603
Chicago, Illinois 60602
Tel. (312) 416-6170
Fax (312) 284-4751
Email: Litigation@mauricewutscher.com

                                                                 By:    /s/ Ernest P. Wagner
                                                                            Ernest P. Wagner

**Certificate of Service**

      I hereby certify that on July 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to all registered parties, additional copies were served by regular first class and electronic mail to the following:

    Joseph S. Davidson
    Law Offices of Joseph P. Doyle LLC
    105 South Roselle Road, Suite 203
    Schaumburg, Illinois 60193
    Email: jdavidson@fightbills.com
    *Attorneys for Plaintiff*

                                                                       /s/ Ernest P. Wagner