# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Yury Grenadyor

                        Plaintiff,

v.                                                        Case No.: 1:21–cv–02980
                                                              Honorable John F. Kness

SN Servicing Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 6/28/2022. For the reasons stated on the record, the Court rules on the pending motions as follows: the motion by counsel to withdraw as attorney [26] is granted; the response in opposition to the motion to withdraw at docket entry number [27], which Plaintiff Grenadyor improperly designated in CM/ECF as a motion, is stricken; and Defendant's motion to dismiss [13] is taken under advisement as fully briefed. Attorney Joseph S. Davidson is withdrawn as counsel of record for Plaintiff. At this time, Plaintiff Grenadyor will proceed pro se. In the interest of conserving party resources, and in view of the pending motion to dismiss [13] that implicates the Court's jurisdiction, the case remains stayed pending a ruling on the motion to dismiss. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.