# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

YURY GRENADYOR,

Plaintiff,

v.

SN SERVICING CORPORATION,

Defendant.

No. 21-cv-02980

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed for failure to state a claim upon which relief can be granted. Count II is dismissed with prejudice. Count III is dismissed without prejudice to refiling in a state court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on entry of an order granting Defendant's motion to dismiss.

Date: March 28, 2023

_____
JOHN F. KNESS
United States District Judge